United States District Court
Southern District of Texas
**ENTERED**
October 25, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLES MILLER | § | C.A. No. 3:15-cv-00192 |
| | § | |
| VS. | § | |
| | § | |
| NOBLE DRILLING SERVICES INC. et al | § | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that Plaintiff Charles Miller recover from Defendant Noble Services International Ltd.

Five Hundred Ninety-Six Thousand, Nine Hundred Fifty and No/100 Dollars ($596,950.00)[1];

plus post judgment interest at the rate of 1.41% per annum;

plus taxable costs.

This action was tried by a jury with Judge George C. Hanks, Jr., presiding, and the jury has rendered a verdict.

This is a Final Judgment.

Date: October 24 2017

George C. Hanks, Jr.
United States District Judge

[1] 50% of 1,193,900.00.